No. D–175. In re Disbarment of Feldshuh. It is ordered that Sidney Feldshuh, of Scarsdale, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–176. In re Disbarment of Pravda. It is ordered that David A. Pravda, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82, Orig. New Mexico v. Texas. Motions of Arkansas and Committee on Power for the Southwest, Inc., et al. for leave to intervene denied. Motion for leave to file a bill of complaint denied. [For earlier order herein, see 442 U. S. 908.]

No. 78–1183. Carbon Fuel Co. v. United Mine Workers of America et al. C. A. 4th Cir. [Certiorari granted, 440 U. S. 957.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as amicus curiae granted.

No. 78–1202. Chiarella v. United States. C. A. 2d Cir. [Certiorari granted, 441 U. S. 942.] Motion of Securities Industry Association for leave to file a brief as amicus curiae granted.

No. 78–1323. Norfolk & Western Railway Co. v. Liepelt, Administratrix. App. Ct. Ill., 1st Dist. [Certiorari granted, 441 U. S. 904.] Motions of National Association of Railroad Trial Counsel, Association of Trial Lawyers of America, and State Trial Lawyers Association for leave to file briefs as amici curiae, granted.